SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8462
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6336
Christian.Ruiz@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ISMAEL SANCHEZ ROMAN,

      Petitioner,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA J. BONDI, U.S. Attorney General; U.S. DEPARTMENT OF JUSTICE; TODD LYONS, Director of U.S. Immigration and Customs Enforcement; JASON KNIGHT, Salt Lake City Field Office Director, U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JOHN MATTOS, Warden, Nevada Southern Detention Center,

      Respondents.

Case No. 2:25-cv-01684-RFB-EJY

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FEDERAL RESPONDENTS' ANSWER TO THE PETITION (ECF NO. 1)**

    **IT IS HEREBY STIPULATED AND AGREED**, by all parties, by and through their respective counsel of record, that the deadline for the Federal Respondents to file an answer to Petitioner Ismael Sanchez Roman's ("Petitioner") Petition for a Writ of Habeas Corpus (ECF No. 1) currently due September 29, 2025, shall be extended to October 2, 2025. This is the first request for an extension of time to file an answer to the Petition.

    The parties respectfully request a three-day extension of the deadline for the Federal Respondents to file an answer to the Petition. Good cause exists for this request because the briefing involves complex legal and factual issues that are affected by recent court decisions. Further, counsel for the Federal Respondents is handling a heightened load of immigration

cases that have generated a significant number of overlapping deadlines. Extending the deadline will allow adequate time for the Federal Respondents to fully respond to the arguments raised in the Petition. The requested extension will also aid the Court by allowing for more complete briefing and will promote the efficient administration of justice by ensuring that the Court receives well-reasoned and comprehensive arguments to make an informed decision.

Respectfully submitted this 29th day of September 2025.

UNLV IMMIGRATION CLINIC

/s/Michael Kagan
Michael Kagan
Nevada Bar No. 12318C
UNLV IMMIGRATION CLINIC
Thomas & Mack Legal Clinic
William S. Boyd School of Law
University of Nevada, Las Vegas
P.O. Box 71075
Las Vegas, Nevada 89170
Telephone: 702-895-3000
Facsimile: 702-895-2081
*Attorney for Petitioner*

SIGAL CHATTAH
Acting United States Attorney

/s/ Christian R. Ruiz
CHRISTIAN R. RUIZ
Assistant United States Attorney
*Attorneys for the Federal Defendants*

IT IS SO ORDERED.

DATED this 30th day of September, 2025.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2